**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02568-LTB

NORVELL WEBSTER CRUMP,

    Plaintiff,

v.

CENTRAL OFFICE OF GENERAL COUNSEL, and
BUREAU OF PRISONS,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On October 23, 2014, the Court entered an Order of Dismissal (ECF No. 5) and Judgment (ECF No. 6) that dismissed the instant action for failure to cure deficiencies. On August 11, 2015, Plaintiff filed a "Motion to Claify [sic] and Cure Deficiencies in the Record" (ECF No. 7) and attached a certified account statement. The Motion is DENIED.

    Plaintiff is reminded that the instant action was dismissed without prejudice. If Plaintiff wishes to pursue his claims, he may do so by filing a new action. The Court also notes that Plaintiff has a pending action, *Crump v. Central Office of General Counsel, et al.,* Civil Action No. 15-cv-01659-GPG (D. Colo. Aug. 3, 2015). In Civil Action No. 15-cv-01659-GPG, Plaintiff was directed to cure deficiencies by submitting a certified copy of his account statement, a signed authorization to calculate and disburse filing fee payments, and a complete prisoner complaint. Plaintiff has until September 5, 2015 to cure the designated deficiencies in Civil Action No. 15-cv-01659-GPG.

Dated:  August 12, 2015